UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 5:04-cr-43-Oc-10GRJ

RANDALL SCOTT KIMBRELL
_____/

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 52) recommending that the Defendant's request to introduce polygraph evidence to corroborate trial testimony of a witness (Doc. 28) be denied. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 52) is adopted, confirmed and made a part hereof; and

(2) the Defendant's request to introduce the polygraph examination administered on January 18, 2005 by the Defendant's expert for the purpose of corroborating the Defendant's testimony (Doc. 28) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy, Courtroom Deputy